# United States District Court
# Western District of North Carolina
# Asheville Division
# DOCKET NO. 1:18-cv-00053-MOC-DLH

[Applicable to 1:18cv53, 1:18cv54, 1:18cv55, 1:18cv56, 1:18cv57, 1:18cv58, 1:18cv59, 1:18cv60]

| Joseph Edward Colosi, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | JUDGMENT IN CASE |
| | ) | |
| vs. | ) | |
| | ) | |
| Miriam Schwartz and | ) | |
| Western North Carolina Medical | ) | |
| Society, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2018 Order.

March 8, 2018

_____
Frank G. Johns, Clerk
United States District Court